# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DENNIS KEITH DIXON, | : | |
| Plaintiff, | : | CIVIL ACTION |
| v. | : | |
| | : | No. 5:14-cv-4551 |
| STERN & EISENBERG, PC, et al., | : | |
| Defendants. | : | |

# O R D E R

**AND NOW**, this 19th day of June, 2015, for the reasons set forth in the Memorandum issued this date, **IT IS HEREBY ORDERED THAT**:

1. The Motion to Dismiss, ECF No. 7, is converted into a motion for summary judgment in behalf of all Defendants and is **GRANTED**;

2. The Clerk of Court is directed to **ENTER JUDGMENT** in favor of all Defendants and against Plaintiff;

3. Exhibits A and B attached to Defendants' Motion to Dismiss are **STRICKEN**;

4. Amended Exhibits A and B, ECF No. 14, are **ACCEPTED** as filed;[1]

5. The Clerk of Court is directed to **CLOSE** this case; and

6. Any appeal will be deemed frivolous and not taken in good faith.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge

---

[1] Plaintiff's request to strike the Amended Exhibits, which he raised in his supplemental response to the motion to dismiss, see ECF No. 15, is denied.